UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Ashton Krukowski,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>State of Nevada,<br><br>　　　　　　Respondent. | Case No. 2:25-cv-00960-GMN-BNW<br><br>**Order Dismissing Petition without<br>Prejudice and Closing Case** |

  Petitioner submitted what he styled as a *pro se* Petition for Writ of Habeas Corpus. (ECF No. 1-1.)  He has not paid the $5.00 filing fee or submitted a completed application to proceed *in forma pauperis* with the required inmate account statements for the past sixth months and financial certificate. 28 U.S.C. § 1915(a)(2); Local Rule LSR 1-2.  This action therefore is subject to dismissal without prejudice as improperly commenced.  In addition, his four-sentence filing is not on the Court's required form nor does it substantially follow the form. Local Rule LSR 3-1.  While unclear, he appears to seek to challenge his pre-trial detention.  He also alludes to judicial misconduct and civil rights violations.  However, he provides no specific factual allegations.  The Court also notes that a person in state custody must first raise any challenges to that custody in state court before pursuing federal habeas relief.  The Court, therefore, dismisses the petition without prejudice as improperly commenced.  If Petitioner wishes to pursue federal habeas relief, he must file a new petition in a new case with a new case number.  The petition must be

on this Court's form, or substantially follow the form, and he must include a fully completed application to proceed *in forma pauperis* or the $5.00 filing fee.

IT IS THEREFORE ORDERED that this habeas action is **DISMISSED** without prejudice as improperly commenced.

IT IS FURTHER ORDERED that Petitioner's Motion for Certificate of Suitability **(ECF No. 3) is DENIED** as moot.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED: 27 June 2025.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE